Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

August 7 2024

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-133 JNW |
| Plaintiff, | INDICTMENT |
| v. | |
| BARRY RAYMOND TREMAIN, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

### (Possession of Controlled Substances with Intent to Distribute)

On or about May 7, 2024, in Snohomish County, within the Western District of Washington, BARRY RAYMOND TREMAIN did knowingly and intentionally possess, with the intent to distribute methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

Indictment - 1
United States v. Tremain
USAO No. 2024R00798

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(b)(1)(B).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2

### (Unlawful Possession of a Firearm)

On or about May 7, 2024, in Snohomish County, within the Western District of Washington, BARRY RAYMOND TREMAIN, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.    *Distribution of Heroin* (three counts), *Felon in Possession of a Firearm, Possession of a Firearm in Furtherance of Drug Trafficking, Possession of Heroin with Intent to Distribute,* and *Possession of Methamphetamine with Intent to Distribute,* in the United States District Court for the Western District of Washington, under cause number CR12-226JLR on or about November 19, 2012;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Sig Saur 9mm handgun, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

### (Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about May 7, 2024, in Snohomish County, within the Western District of Washington, BARRY RAYMOND TREMAIN knowingly carried a firearm, that is, a Sig Sauer 9mm handgun, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, *Possession of Controlled Substances with Intent to Distribute*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

Indictment - 2
*United States v. Tremain*
USAO No. 2024R00798

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 4

### (Unlawful Possession of a Firearm)

On or about May 15, 2024, in Snohomish County, within the Western District of Washington, BARRY RAYMOND TREMAIN, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

> i.  *Distribution of Heroin* (three counts), *Felon in Possession of a Firearm, Possession of a Firearm in Furtherance of Drug Trafficking, Possession of Heroin with Intent to Distribute,* and *Possession of Methamphetamine with Intent to Distribute,* in the United States District Court for the Western District of Washington, under cause number CR12-226JLR on or about November 19, 2012;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Ruger .44 revolver, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5

### (Possession of Controlled Substances with Intent to Distribute)

On or about May 15, 2024, in Snohomish County, within the Western District of Washington, BARRY RAYMOND TREMAIN did knowingly and intentionally possess, with the intent to distribute methamphetamine, a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### FORFEITURE ALLEGATION

The allegations contained in Counts 1–5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, BARRY RAYMOND TREMAIN shall forfeit to the United States, pursuant to Title 21, United States Code,

Indictment - 3
*United States v. Tremain*
USAO No. 2024R00798

Upon conviction of the either offense alleged in Counts 1 and 5, BARRY RAYMOND TREMAIN shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. Such property includes, but is not limited to:

      a.    one Sig Saur 9mm handgun;

      b.    one Ruger .44 revolver; and

      c.    any associated magazines, accessories, or ammunition.

Upon conviction of either offense alleged in Counts 2–3, BARRY RAYMOND TREMAIN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in or used in the defendant's commission of such offense. Such property includes, but is not limited to:

      a.    one Sig Saur 9mm caliber handgun; and

      b.    any associated magazines, accessories, or ammunition.

Upon conviction of the offense alleged in Count 4, BARRY RAYMOND TREMAIN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in or used in the defendant's commission of such offense. Such property includes, but is not limited to:

      a.    one Ruger .44 revolver; and

      b.    any associated magazines, accessories, or ammunition.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

Indictment - 4
*United States v. Tremain*
USAO No. 2024R00798

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or,

e.    has been commingled with other property which cannot be divided

without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the

defendant, up to the value of the above-described forfeitable property, pursuant to

Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 8·7·2024

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
STEPHEN HOBBS
Assistant United States Attorney

Indictment - 5
*United States v. Tremain*
USAO No. 2024R00798